JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. KING,<br><br>　　　Petitioner,<br><br>　　v.<br><br>EDWARD BORLA, WARDEN,<br><br>　　　Respondent. | No. CV 25-8807-RGK(E)<br><br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 3, 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE